# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:16-CR-212** |
| : | |
| v. : | **(Judge Conner)** |
| : | |
| **KEVIN COLES and** : | |
| **TOREY WHITE,** : | |
| : | |
| **Defendants** : | |

## SEALED ORDER

AND NOW, this 1st day of April, 2022, upon consideration of defendant Kevin Coles and Torey White's joint motion (Doc. 1107) *in limine* to admit pretrial statements of defendant Kenyatta Corbett at the upcoming trials in this case, and the parties' respective briefs in support of and in opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The motion (Doc. 1107) is GRANTED regarding Corbett's July 20, 2018 interview to the extent Corbett's statements implicating himself in drug trafficking and the June 25, 2016 robbery shall be admissible at trial as statements against his penal interest pursuant to Federal Rule of Evidence 804(b)(3). The motion (Doc. 1107) is otherwise DENIED.

2. Counsel for Coles and counsel for the government are directed to meet and confer and jointly propose to the court (1) which excerpts from the July 20, 2018 interview counsel agree meet the requirements set forth in paragraph 1, consistent with the accompanying memorandum, and (2) in what format counsel agree to present those excerpts to the jury. The parties shall submit their proposal to the court no later than **5:00 p.m. on Wednesday, April 6, 2022**.

3.       This meet-and-confer obligation is DEFERRED as to counsel for White.  We will task counsel for White and counsel for Coles to meet and confer for the same purpose once a trial date for White has been established.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner
        United States District Judge
        Middle District of Pennsylvania